UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CHARLES S. LONGSHORE and KEITH L. CLOSSON,<br><br>                            Plaintiff,<br><br>     v.<br><br>STEPHEN SINCLAIR,<br><br>                            Defendants. | No. 3:17-CV-05593-RBL-DWC<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

The Court, having reviewed the Report and Recommendation of Magistrate Judge David W. Christel, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) Plaintiff Closson's Notice of Voluntary Dismissal [Dkt. 70] is granted. The claims alleged by Plaintiff Closson are dismissed without prejudice.

(3) The Motions for Injunctive Relief [Dkt. 4, 34] are denied as moot.

(3) The Clerk is directed to send copies of this Order to Plaintiffs, counsel for Defendants, and to the Hon. David W. Christel. The Clerk is further directed to terminate Plaintiff Closson's notice (electronic and via USPS) in this matter after service of this Order and terminate him from the caption of this case.

**DATED** this 2nd day of January, 2018.

                                                      Ronald B. Leighton
                                                     United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION- 1